Edwards H. CHILDS, as Trustee in Bankruptcy of Estate of Singer Furniture Corporation, Bankrupt, Complainant-Appellant, v. COUNTY TRUST COMPANY OF NEW YORK, Defendant-Appellee.

No. 353.

Circuit Court of Appeals, Second Circuit.

April 2, 1934.

See, also, 47 F.(2d) 780.

Zalkin & Cohen, of New York City (Israel Akselrod, of New York City, of counsel), for appellant.

Daniel J. Mooney, of New York City (Selden Bacon and Saul S. Myers, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (6 F. Supp. 821) affirmed.